AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| BARBARA J. DEMERY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| CAROLYN W. COLVIN, ) | **CASE NO. 2:13-CV-28-D** |
| *Acting Commissioner of Social Security*, ) | |
|     Defendant. ) | |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 25] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 23, 2014,** WITH A COPY TO:

Lawrence Wittenberg (via CM/ECF electronic notification)
Wanda D. Mason (via CM/ECF electronic notification)

| | |
|---|---|
| May 23, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |